# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBIN DIMARIO, in her capacity as Assistant Finance Director of the Town of Lincoln and TOWN OF LINCOLN<br>    *Plaintiff*,<br><br>v.<br><br>COLLIERS PROJECT LEADERS USA LLC f/k/a STRATEGIC BUILDLING SOLUTIONS LLC d/b/a COLLIERS INTERNATIONAL.<br>    *Defendant*. | Case No.: |

## NOTICE OF REMOVAL TO FEDERAL COURT

The Defendant, Colliers Project Leaders USA NE, LLC (incorrectly named as "Colliers Project Leaders USA LLC f/k/a Strategic Building Solutions LLC d/b/a Colliers International") (herein thereafter referred to as "Defendant" or "Colliers"), hereby removes Civil Action PC-2023-05435, currently pending in Rhode Island Superior Court, Providence County, to the United States District Court for the District of Rhode Island, based on diversity jurisdiction, pursuant to 28 U.S.C. §§ 1332; 1441; 1446. The Defendant, reserving all defenses, state as follows in support of removal:

## STATEMENT OF JURISDICTION

1. This is a civil action over which this Court has original jurisdiction, pursuant to 28 U.S.C. § 1332(a).

2. This civil action may be removed to this Court, pursuant to 28 U.S.C. § 1446.

## TIMELINESS OF REMOVAL

3. On October 23, 2023, Plaintiffs, Robin DiMario, in her capacity as Assistant Finance Director of the Town of Lincoln and Town of Lincoln ("Plaintiffs") filed the subject action

1

in Rhode Island Superior Court, Providence County (Civil Action No. PC-2023-05435), and served the subject Complaint on Defendant Colliers via Constable on October 26, 2023, at their principal place of business in Madison Connecticut.

4. Pursuant to 28 U.S.C. § 1446(b), this action is currently removable because this Notice has been filed within 30 days of the date this action first became removable.

## BASIS FOR DIVERSITY JURISDICTION

5. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because this matter involves citizens of different states, and the amount in controversy exceeds $75,000.00.

### Diversity of Citizenship

6. As of the date of this Notice, Defendant Colliers, is a Connecticut Corporation with a principal place of business in Connecticut.

7. As of the date of this Notice, Plaintiff Robin DiMario, in her capacity as Assistant Finance Director of the Town of Lincoln, is an individual in her said capacity with an address at 100 Old River Road, Lincoln, Rhode Island.

8. As of the date of this Notice, Plaintiff Town of Lincoln, has an address at 100 Old River Road, Lincoln, Rhode Island.

9. Accordingly, because the Plaintiff is not a citizen of any of the same states as any of the Defendant, diversity of citizenship exists, pursuant to 28 U.S.C. § 1332(a).

### Amount in Controversy

10. Pursuant to 28 U.S.C. § 1332(a), this Court possesses original jurisdiction over a civil action in which the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

11. The claimed damages alleged in Plaintiff's Complaint reflect damages in excess of $75,000.00. For example, in Paragraph 13(a) of the Complaint, the Plaintiff alleges that Colliers wrongfully approved contingencies in excess of $75,000.00.

12. Pursuant to 1446(b)(2)(C)(3): "Except as provided in subsection (c), if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."

13. Accordingly, while the Defendant disputes liability for damages in this matter, the amount in controversy far exceeds the sum or value of $75,000.00, as required under 28 U.S.C. § 1332.

## **REMOVAL TO THIS JURISDICTION IS PROPER**

14. This action may be removed because this is a civil action with complete diversity and an amount in controversy that exceeds $75,000.00.

15. Venue is proper pursuant to 28 U.S.C. § 1441(a), which provides for removal to the United States District Court for the district and division embracing the place where the action is pending. Removal to the United States District Court for the District of Rhode Island, is appropriate because the removed State Court action was filed in Rhode Island Superior Court, Providence County.

16. In support of this Notice, enclosed herein as **Exhibits A, B, C** respectively, please find true and correct copies of all process, pleadings, and orders served upon the Defendant in the State Court action.

17. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of

Removal will be given to Plaintiff through counsel on this date, and a copy of the Notice of Removal will be filed with the Rhode Island Superior Court, Providence County, Civil Action No. PC-2023-05435 on this date.

18. The Defendant reserves all defenses including but not limited to those specified in Fed. R. Civ. P. 12(b).

19. The United States District Court for the District of Rhode Island embraces the county in which the State Court Action was brought. Venue is therefore proper for this Notice of Removal under 28 U.S.C. §§ 88 and 1446(a).

20. Pursuant to Local Rule 81(a) the Removant will ensure that the State Court record is filed with the Court.

## CONCLUSION

**WHEREFORE**, the Defendant prays that this action be removed from the Rhode Island Superior Court, Providence County, to the United States District Court for the District of Rhode Island. In accordance with Local Rule 81(a), the Defendant will, within fourteen (14) days, file with this Court certified copies of all records, proceedings, and docket entries filed in the State Court.

        Respectfully submitted,

        COLLIERS PROJECT LEADERS USA NE, LLC
        (incorrectly named as "Colliers Project Leaders USA LLC
        f/k/a Strategic Building Solutions LLC d/b/a Colliers
        International")

        By their attorney,

        _/s/Cullen W. Guilmartin_____
        Cullen W. Guilmartin, Esq, (RI Bar #8772)
        cguilmartin@grsm.com
        (860) 494-7513
        GORDON REES SCULLY MANSUKHANI, LLP
        95 Glastonbury Boulevard, Suite 206
        Glastonbury, CT 06033

Dated:  November 20, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2023, the foregoing was electronically filed and served by mail on anyone unable to receive notice of electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to receive notice of electronic filing as indicated in the Notice of Electronic Filing. Parties may access this document through the Court's CM/ECF System.

                                                                              */s/Cullen W. Guilmartin*
                                                                              Cullen W. Guilmartin