UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBIN DIMARIO, in her capacity as Assistant Finance Director of the Town of Lincoln and TOWN OF LINCOLN,<br><br>*Plaintiffs,*<br><br>v.<br><br>COLLIERS PROJECT LEADERS USA LLC,<br><br>*Defendant.* | C.A. No. 1:23-cv-00489-MSM-LDA |

## DISMISSAL STIPULATION

The above matter is hereby dismissed with prejudice, no interest, no costs.

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| ROBIN DIMARIO, in her capacity as Assistant Finance Director of the Town of Lincoln and TOWN OF LINCOLN | COLLIERS PROJECT LEADERS USA LLC |
| By its Attorney, | By its Attorney, |
| | |
| */s/ Girard R. Visconti, Esq.* | */s/ Cullen W. Guilmartin, Esq.* |
| Girard R. Visconti, Esq. (#0566) | Cullen W. Guilmartin, Esq. (#8772) |
| David M. Campbell, Esq. (#3355) | Gordon Rees Scully Mansukhani, LLP |
| Savage Law Partners, LLP | 99 Glastonbury Blvd, Suite 206 |
| 564 South Water Street | Glastonbury, CT 06033 |
| Providence, RI 02903 | Tel. (860) 494-7513 |
| Tel. (401) 238-8500 | cguilmartin@grsm.com |
| gvisconti@savagelawpartners.com | |
| dcampbell@savagelawpartners.com | |

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Stipulation was mailed electronically on December 10, 2024, to all counsel of record.

/s/ Girard R. Visconti
Girard R. Visconti, Esq.    (#0566)
